|  |  |
|---|---|
| IN THE DISTRICT COURT OF THE UNITED STATES<br>FOR THE MIDDLE DISTRICT OF ALABAMA<br>EASTERN DIVISION | FILED<br>MAR 1 - 2006<br>CLERK<br>U. S. DISTRICT COURT<br>MIDDLE DIST. OF ALA. |

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 3:06CR55-WKW
) [18 USC 922(g)(1)]
MARK ANTHONY CONNELL )
)
) INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about the 20th day of December, 2004, in Randolph County, Alabama, within the Middle District of Alabama,

MARK ANTHONY CONNELL,

defendant herein, having been convicted of Possession of Marijuana 1st, Case Number C.C. 2004-9, and of Possessing/Receiving Controlled Substance, Case Number C.C. 2004-6, on November 15, 2004, in the Circuit Court of Cleburne County, Alabama, both felonies for which he was sentenced to serve three years in the penitentiary of the State of Alabama, thereafter possessed, in and affecting commerce, a Marlin 30-30 rifle, serial number 02087273, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.  Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

MARK ANTHONY CONNELL,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

One Marlin 30-30 Rifle, Serial Number 02087273

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above, all in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
John T. Harmon
Assistant United States Attorney

*[signature]*
Kent B. Brunson
Assistant United States Attorney