# U.S. District Court
## Northern District of Alabama (Southern)
### CRIMINAL DOCKET FOR CASE #: 2:06-mj-00071-JEO-ALL

Case title: USA v. Connell
Other court case number: 3:06cr55-WKW Middle District Alabama

Date Filed: 04/10/2006

---

Assigned to: Magistrate-Judge John E Ott

**Defendant**

**Mark Anthony Connell** (1)
*TERMINATED: 04/10/2006*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**
None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| 18:922G.F | |

---

**Plaintiff**

USA                          represented by    **Alice H Martin**
                                               US ATTORNEY'S OFFICE
                                               1801 Fourth Avenue North
                                               Birmingham, AL 35203-2101
                                               205-244-2015
                                               Fax: 205-244-2171
                                               Email: usa-aln-ecf-usa@usdoj.gov
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

E Vincent Carroll
U. S. Attorney's Office
1801 4th Avenue North
Birmingham, AL 35203
205-244-2022
Fax: 205-244-2182
Email: vincent.carroll@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2006 | 1 | Rule 40 COMPLAINT received from MD/AL as to Mark Anthony Connell (1). (DDR) (Entered: 04/11/2006) |
| 04/10/2006 | | Minute Entry for proceedings held before Judge John E Ott: Initial Appearance as to Mark Anthony Connell held on 4/10/2006 - charges and rights explained - dft deemed eligible for cja counsel and advised that attorney would be appointed in charging district - provisions of Rule 20 explained - waiver of Rule 40 identity hearing signed - $5000.00 unsecured bond signed and executed - order holding dft's appearance in MD/AL 4/19/06 at 10:00 a.m. filed - dft released - hrg adj (DDR) (Entered: 04/11/2006) |
| 04/11/2006 | 2 | WAIVER of Rule 40 Hearings by Mark Anthony Connell (DDR) (Entered: 04/11/2006) |
| 04/11/2006 | 3 | Unsecured Bond Entered as to Mark Anthony Connell in amount of $ 5,000.00, w/ack of receipt of general order of release attached (DDR) (Entered: 04/11/2006) |
| 04/11/2006 | 4 | ORDER holding dft's appearance in MD/AL on 4/19/06 at 10:00 a.m. as to Mark Anthony Connell . Signed by Judge John E Ott on 4/10/2006. (DDR) (Entered: 04/11/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/13/2006 13:17:32 | | | |
| PACER Login: | us4894 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:06-mj-00071-JEO |
| Billable Pages: | 1 | Cost: | 0.08 |

AO 466 (Rev. 8/01) Waiver of Rule 40 Hearings

FILED
2006 Apr-11 PM 01:
U.S. DISTRICT COU
N.D. OF ALABA

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

V.

__MARK ANTHONY CONNELL__
Defendant

**WAIVER OF RULE 40 HEARINGS**
(All Criminal Cases)

JUDGE:   JOHN E. OTT

CASE NUMBER:   MAG 06-071

I understand that charges are pending in the __MIDDLE__ District of __ALABAMA__ alleging violation of __Felon in Possession of Firearm 18:922(g)(1)__ and that I have been arrested in this district and
(Title and Section / Probation / Supervised Release)
taken before a United States magistrate judge, who has informed me of the charge(s) and my rights to:

(1)   retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)   an identity hearing to determine whether I am the person named in the charges;

*- Check one only -*

[ ]   **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3)   a preliminary examination (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4)   request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ]   **PROBATION OR SUPERVISED RELEASE CASES:**

(3)   a preliminary examination (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release; and
(4)   a hearing under Rule 46 (c), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(  )   identity hearing

(  )   preliminary examination

( X )   identity hearing and have been informed I have no right to a preliminary examination

(  )   identity hearing but request a preliminary examination be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_Mark Connell_
Defendant

__April 10, 2006__
Date

_____
Defense Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

**ACKNOWLEDGMENT OF DEFENDANT**

I acknowledge that I am aware of the conditions of release set forth in the General Order Setting Conditions of Release dated April 15, 1998. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I further acknowledge that I have received a copy of the General Order Setting Conditions of Release dated April 15, 1998. I also acknowledge that my next scheduled appearance will be for ARRAIGNMENT before the Honorable Charles Coody, United States Magistrate Judge, on WEDNESDAY, APRIL 19, 2006, at 10:00 a.m., United States Courthouse, 1 CHURCH STREET, MONTGOMERY, ALABAMA 36104 (334) 954-3600.

April 10, 2006

_____
DEFENDANT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

vs.

**MARK ANTHONY CONNELL**

Case Number MAG 06-071

**Charging District Number** MD/AL 3:06cr55-WKW

### ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION

The defendant having appeared before this Court pursuant to Rule 40, Fed.R.Crim.P., and proceedings having been concluded and the defendant released:

**IT IS ORDERED** that the defendant be held to answer in the United States District Court for the Middle District of Alabama, and shall appear at all proceedings as required. The defendant shall next for ARRAIGNMENT on WEDNESDAY, APRIL 19, 2006, at 10:00 a.m., before the Honorable Charles Coody, United States Magistrate Judge, at the United States Courthouse, 1 Church Street, Montgomery, Alabama.

April 10, 2006

**John E. Ott**
UNITED STATES MAGISTRATE JUDGE