COURTROOM DEPUTY MINUTES          DATE: April 19, 2006
MIDDLE DISTRICT OF ALABAMA
                                   DIGITAL RECORDING: 10:10 – 10:14

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE **CHARLES S. COODY**    DEPUTY CLERK: **WANDA STINSON**

CASE NO. **3:06CR55-WKW-DRB**    DEFT. NAME: **MARK ANTHONY CONNELL**

USA: Terry Moorer ~~KENT BRUNSON~~    ATTY: Robert Deemsen

USPTSO/USPO: Ron Thweatt    Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

Defendant _____ does _____ does NOT need an interpreter; NAME _____

- ☐ Kars.    Date of Arrest _____ or ☐ karsr40
- ✓ kia.    Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
- ✓ Finaff.    Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- ✓ koappted    **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt.    Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐    Deft. Advises he will retain counsel. Has retained _____
- ☐    Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐    Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐    **DETENTION HRG** ☐ held; ☐ set for _____; ☐ **Prelim. Hrg** ☐ Set for _____
- ☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.    **ORDER OF DETENTION PENDING TRIAL** entered
- ✓ kocondrls.    Release order entered. ☐ Deft. advised of conditions of release.
- ✓ kbnd.    ✓ **BOND EXECUTED** (M/D AL charges) $ 25,000    Deft released (kloc LR)
- ☐    ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐    Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ Karr.    ARRAIGNMENT SET FOR: _____ ✓ **HELD.** Plea of **NOT GUILTY** entered.
       ✓ Trial Term 6/26/06; ☐ PRETRIAL CONFERENCE DATE: _____
       ✓ DISCOVERY DISCLOSURES DATE: 4/19/06
- ☐ Krmknn.    **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.    Identity/Removal Hearing set for _____
- ☐ Kwvspt    **Waiver of Speedy Trial Act Rights Executed.**

Additional Conditions imposed.