IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:06-cr-55-WKW |
| | ) | |
| MARK ANTHONY CONNELL | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **MARK ANTHONY CONNELL**, in the above-styled matter.

Dated this 21st day of April 2006.

    Respectfully submitted,

    s/Christine A. Freeman
    CHRISTINE A. FREEMAN
    TN BAR NO.: 11892
    Attorney for Defendant
    Federal Defenders
    Middle District of Alabama
    201 Monroe Street, Suite 407
    Montgomery, AL 36104
    TEL: (334) 834-2099
    FAX: (334) 834-0353
    E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:06-cr-55-WKW** |
| | ) | |
| **MARK ANTHONY CONNELL** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                        Respectfully submitted,

                                        **s/Christine A. Freeman**
                                        **CHRISTINE A. FREEMAN**
                                        **TN BAR NO.: 11892**
                                        Attorney for Defendant
                                        Federal Defenders
                                        Middle District of Alabama
                                        201 Monroe Street, Suite 407
                                        Montgomery, AL 36104
                                        TEL:  (334) 834-2099
                                        FAX:  (334) 834-0353
                                        E-Mail: Christine_Freeman@fd.org