# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern    ☐ Southern    (☐ Eastern)

HON. Delores R. Boyd    AT Montgomery, Alabama

DATE COMMENCED 5-12-2006 @ 10:26 ☑ a.m. ☐ p.m

DATE COMPLETED 5-12-2006 @ 10:28 ☑ a.m. ☐ p.m

CASE NO. 3:06CR55-WKW

UNITED STATES OF AMERICA    VS.    MARK ANTHONY CONNELL
Plaintiff(s)    Defendant(s)

### APPEARANCES

Plaintiff(s)/Government    Defendant(s)

Kent Brunson    Christine Freeman

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.    Crt Rptr: ___

Law Clerk: ___    Interpreter: ___

USPO/USPTS: ___    Other: ___

### PROCEEDINGS:

☐ Motion Hearing: ___
☐ Status Conference    ☐ Oral Argument    ☐ Evidentiary Hrg.
☐ Revocation    ☐ Scheduling Conf.    ☐ Show Cause
☐ Settlement Conference    ☐ Telephone Conf.    ☐ Sentencing
☐ Non-Jury Trial    ☐ Revocation/Prtrl/SupvRel/Prob
☐ Other ___

✓ Pretrial Conference ✓

Pending Motions: None
Discovery Status: Complete    Plea Status: Possible
Trial Status/Length: 1 Day    Trial Term: 6-26-06