COURTROOM DEPUTY'S MINUTES        DATE: 6/19/2006
MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDING: 10:29 - 10:49 am
                                  COURT REPORTER: ~~Mitchell/Reisner~~ Pickens

☐ ARRAIGNMENT            ☒ CHANGE OF PLEA            ☐ CONSENT PLEA
☐ RULE 44(c) HEARING     ☐ SENTENCING

PRESIDING MAG. JUDGE: DRB         DEPUTY CLERK: sql
CASE NUMBER: 3:06CR55-WKW         DEFENDANT NAME: Mark Anthony CONNELL
AUSA: Brunson                     DEFENDANT ATTORNEY: Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; (**FPD**)
( ) appointed at arraignment; ( ) standing in for: _____

PTSO/USPO:
Interpreter present? (✓)NO; ( )YES   Name:

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
PLEA:    ☐ Not Guilty
         ☒ Guilty as to:
            ☒ Count(s): 1
            ☐ Count(s): _____    ☐ dismissed on oral motion of USA
                                    ☐ to be dismissed at sentencing
☒ Written plea agreement filed   ☐ ORDERED SEALED
☒ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts  1  .
☐ CRIMINAL TERM:           ☐ WAIVER OF SPEEDY TRIAL filed.
           DISCOVERY DISCLOSURE DATE:
☒ ORDER: Defendant continued under ☒ same bond; ☐ summons; for:
         ☐ Trial on _____; ☒ Sentencing on _____
☐ ORDER: Defendant remanded to custody of U.S. Marshal for:
         ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
                   ☐ Defendant requests time to secure new counsel