# United States District Court

for

# Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Mark Anthony Connell     Case Number: 3:06cr55-WKW

Name of Releasing Judicial Officer: The Honorable Charles S. Coody, Chief U.S. Magistrate Judge

Date of Release: April 19, 2006 (originally released on April 10, 2006 in the Northern District of Alabama)

Original Offense: Convicted felon in possession of firearm [18 USC 922(g)(1)]

Type of Release: $25,000 Unsecured Appearance Bond

Date of Next Court Appearance: Sentencing (not yet set)

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Maintain residence; No firearms; Drug testing and/or treatment

Assistant U.S. Attorney: Kent B. Brunson     Defense Attorney: Christine A. Freeman

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition No. 1: "The defendant shall not commit any offense in violation of federal, state or local law while on release in the pending case" | On July 31, 2006, the defendant was arrested by the Cleburne County, AL Sheriff's Office and charged with Possession of Controlled Substance. He was released on August 1, 2006 on a $20,000 bond. |

<u>Supervision history of defendant and actions taken by officer:</u> The defendant is being supervised on a courtesy basis by the U. S. Probation Office in Gadsden, Alabama. Mr. Connell was issued citations on May 27, 2006 in the Talladega National Forrest for Possession of Open Container of Alcoholic Beverage, No Drivers License, and No Insurance. The Court was made aware of these citations at his consent plea on June 19, 2006 and the defendant was allowed to remain on release pending his sentencing.

U.S. Probation Officer Recommendation:

[X]     The term of supervision should be:
    [ X]     revoked.

[ ]     The conditions of supervision should be modified as follows:

                                                    I declare under penalty of perjury that the foregoing is true and correct

                                                    Respectfully submitted,

                              by      /s/ David Ron Thweatt

                                                    David Ron Thweatt
                                                    Senior U.S. Probation Officer
                                                    Date: August 3, 2006

Reviewed and approved:

  /s/ Scott Wright_____
Scott Wright
Supervisory U. S. Probation Officer

---

THE COURT ORDERS:

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]    Other

                                                /s/ Delores R. Boyd
                                                Signature of Judicial Officer
                                                August 3, 2006