IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, ___EASTERN___ DIVISION

HON. __Delores Boyd__ MAG. JUDGE AT __Montgomery__, ALABAMA

DATE COMMENCED __8-14-2006__ AT __10:30__ (A.M.)/P.M.

DATE COMPLETED __8-14-2006__ AT __11:57__ (A.M.)/P.M.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) (Criminal~~  Case No. 3:06CR55-WKW |
| MARK ANTHONY CONNELL | ) (Civil)~~ |

| PLAINTIFF/GOVERNMENT | DEFENDANT |
|---|---|
| Kent Brunson | Christine Freeman |

COURT OFFICIALS PRESENT

S. Q. Long, Jr., Clerk

PROCEEDINGS

( ) NON-JURY TRIAL
(X) OTHER PROCEEDING: ___REVOCATION OF PRE-TRIAL RELEASE___

10:30 am: Court convenes.
10:33 am: Testimony taken.
10:40 - 11:48 am: Recess: 8 min
11:49 am: Court reconvenes.
Court finds Deft.
violated conditions.
11:57 am: Deft. remanded.
Court is recessed.

≋AO 432
(Rev. 2/84)

Administrative Office of the United States Courts

# WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | | | PAGE NUMBER | |
|---|---|---|---|---|---|---|
| 8/14/2006 | 3:06CR55-WKW | S. Q. Long, Jr. | | | 1 | |
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL | |
| Tamara Martin | Brunson | Freeman | | | | |
| Dennis Green | '' | '' | Brunson | | | |
| Tim Gossage | '' | '' | | | | |
| Tim Gossage | Freeman | | | | | |
| Tamara Martin | '' | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |