### MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| HON. KEITH WATKINS JUDGE | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED  OCTOBER 6,2006 | AT 10:24 A.M./P.M. |
| DATE COMPLETED  OCTOBER 6, 2006 | AT 10:35 A.M./P.M. |

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | CR. NO.  3:06cr55-WKW |
| vs. | ) | |
| | ) | |
| MARK ANTHONY CONNELL | ) | |

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| | X | |
| AUSA Kent Brunson | X | Atty. Christine Freeman |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| | | |
|---|---|---|
| Ann Roy | Josh Segall | Risa Entrekin |
| Courtroom Clerk | Law Clerk | Court Reporter |

COURTROOM PROCEEDINGS:

**SENTENCING**

| | |
|---|---|
| 10:24 a.m. | Sentencing Hearing commences.  Government states terms of plea agreement.  Court accepts plea agreement. No objections to PSR. |
| | Sentence ordered imposed as stated. |
| 10:35 a.m. | Hearing concluded. |