```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                    EASTERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr00055-WKW |
| | ) | |
| MARK ANTHONY CONNELL | ) | |

<u>MOTION TO ADD PUBLICATION DATES TO RECORD</u>

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached legal notice reflecting publication of the Notice of Criminal Forfeiture in the <u>Montgomery Independent</u> newspaper on January 25, February 1 and 8, 2007, regarding the subject forfeiture action.

Respectfully submitted this 15th day of February, 2007.

                                          FOR THE UNITED STATES ATTORNEY
                                              LEURA G. CANARY

                              <u>/s/John T. Harmon</u>
                              John T. Harmon
                              Assistant United States Attorney
                              Bar Number: 7068-II58J
                              Office of the United States Attorney
                              Middle District of Alabama
                              One Court Square, Suite 201 (36104)
                              Post Office Box 197
                              Montgomery, Alabama 36101-0197
                              Telephone:(334) 223-7280
                              Facsimile:(334) 223-7560

CERTIFICATE OF SERVICE

    I hereby certify that on February 15, 2007, I electronically filed the foregoing Motion to Add Publication Dates to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kent Brunson** and **Christine Freeman**.

                                              Respectfully submitted,

                                              /s/John T. Harmon
                                              John T. Harmon
                                              Assistant United States Attorney