IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cr-00055-WKW |
| | ) | |
| MARK ANTHONY CONNELL | ) | |

## ORDER

Upon consideration of the government's Motion to Add Publication Dates to Record

(Doc. # 33), it is ORDERED that the motion is GRANTED.

DONE this 20th day of February, 2007.


            /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE