**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 3:06-cr-55-WKW** |
| | ) | |
| **MARK ANTHONY CONNELL** | ) | |

**UNOPPOSED MOTION TO AMEND ORDER OF FORFEITURE**

**COMES NOW** the Defendant, by undersigned counsel, and respectfully moves this Court to amend the Preliminary Order of Forfeiture, entered in this action on October 4, 2006 (Doc. 30), to permit ownership of the forfeited firearm to be transferred to the defendant's former wife, Rhonda Cash.

In support of this Motion, the Defendant would show:

1. The firearm, a Marlin 30-30 rifle, Serial No. 02087273, is a hunting rifle which was given as a gift from the defendant to his minor son, Anthony Connell.

2. Anthony Connell is now seventeen years old and resides with his mother, Mr. Connell's ex-wife, Rhonda Cash

3. The defendant understands that he is not permitted to possess a firearm.

4. Rhonda Cash is willing to accept ownership of the firearm, until such time as her son Anthony Connell attains adult status.

5. The Government does not oppose this Motion.

WHEREFORE, Defendant prays that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Mark Connell
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John Harmon, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Mark Connell
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org