IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  ) | |
| v.                      ) | CR. NO. 3:06cr00055-WKW |
|                         ) | |
| MARK ANTHONY CONNELL    ) | |

## MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby states as follows:

1. On October 4, 2006, this Honorable Court entered a Preliminary Order of Forfeiture in this case which directed forfeiture of a Marlin 30-30 Rifle, Serial Number 02087273. On April 10, 2007, Rhonda Cash filed her motion to amend said Order.

2. Based upon the motion to amend, the United States moves the Court to amend the Preliminary Order of Forfeiture to reflect Rhonda Cash's interest in the above-described rifle and direct that said rifle be returned to Rhonda Cash by and through the Federal Defenders Office, Middle District of Alabama. The Order should further direct that return of this rifle shall be accomplished in Montgomery, Alabama or at a place designated by the United States.

3. A proposed order is attached.

Respectfully submitted this 23rd day of April, 2007.

         FOR THE UNITED STATES ATTORNEY
           LEURA G. CANARY


         /s/John T. Harmon
         John T. Harmon
         Assistant United States Attorney
         Bar Number: 7068-II58J
         Office of the United States Attorney
         Middle District of Alabama
         One Court Square, Suite 201 (36104)
         Post Office Box 197
         Montgomery, Alabama 36101-0197
         Telephone:(334) 223-7280
         Facsimile:(334) 223-7560


CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kent Brunson** and **Christine Freeman**.

         Respectfully submitted,


         /s/John T. Harmon
         John T. Harmon
         Assistant United States Attorney