IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:06cr00055-WKW |
| ) | |
| MARK ANTHONY CONNELL ) | |

### AMENDED PRELIMINARY ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture on October 4, 2006, ordering defendant Mark Anthony Connell to forfeit his interest in the Marlin 30-30 Rifle, Serial Number 02087273 to the United States. Notice of the Preliminary Order of Forfeiture was given by publication on January 25, February 1 and 8, 2007, in the Montgomery Independent.

On April 10, 2007, Rhonda Cash timely petitioned the Court to amend the Preliminary Order of Forfeiture to adjudicate the validity of her alleged interest in said firearm, and for an amendment of the order of forfeiture pursuant to Title 21, United States Code, Section 853(n)(6).

The United States and Rhonda Cash have reached an agreement whereby said firearm will be returned to Rhonda Cash by and through the Federal Defenders Office, Middle District of Alabama, Montgomery, Alabama.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The Marlin 30-30 Rifle, Serial Number 02087273 shall be returned to Rhonda Cash through the Federal Defenders Office, Middle District of Alabama, Montgomery, Alabama.

SO ORDERED this the _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE