IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cr-00055-WKW |
| | ) | |
| MARK ANTHONY CONNELL | ) | |

**AMENDED PRELIMINARY ORDER OF FORFEITURE**

Upon consideration of the Motions to Amend Order of Forfeiture (Docs. # 35 & # 36), it is ORDERED that the motions are GRANTED. The Preliminary Order of Forfeiture (Doc. # 30) is AMENDED as follows:

This Court entered a Preliminary Order of Forfeiture on October 4, 2006, ordering defendant Mark Anthony Connell to forfeit his interest in the Marlin 30-30 Rifle, Serial Number 02087273, to the United States. Notice of the Preliminary Order of Forfeiture was given by publication on January 25, February 1, and February 8, 2007, in the Montgomery Independent.

On April 10, 2007, Rhonda Cash timely petitioned the Court to amend the Preliminary Order of Forfeiture to adjudicate the validity of her alleged interest in said firearm, and for an amendment of the order of forfeiture pursuant to Title 21, United States Code, Section 853(n)(6). The United States and Rhonda Cash have reached an agreement whereby said firearm will be returned to Rhonda Cash by and through the Federal Defenders Office, Middle District of Alabama, Montgomery, Alabama.

Accordingly, it is further ORDERED, ADJUDGED, AND DECREED that the Marlin 30-30 Rifle, Serial Number 02087273, shall be returned to Rhonda Cash through the Federal Defenders Office, Middle District of Alabama, Montgomery, Alabama.

DONE this 23rd day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE