IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:06cr00055-WKW |
| | ) | |
| MARK ANTHONY CONNELL | ) | |

## UNITED STATES OF AMERICA'S MOTION FOR A FINAL ORDER OF FORFEITURE

The United States of America, by its undersigned counsel, respectfully submits its Motion for a Final Order of Forfeiture in the above-entitled case and states as follows:

On October 4, 2006, this Court entered a Preliminary Order of Forfeiture ordering defendant Mark Anthony Connell to forfeit his interest in the Marlin 30-30 Rifle, Serial Number 02087273;

Notice of the Preliminary Order of Forfeiture was given by publication on January 25, February 1 and 8, 2007, in the Montgomery Independent newspaper;

On April 10, 2007, Rhonda Cash filed a motion to amend the Preliminary Order of Forfeiture to reflect her interest in the said firearm;

That on April 23, 2007, this Court entered an Amended Preliminary Order of Forfeiture ordering the Marlin 30-30 Rifle, Serial Number 02087273 to be returned to Rhonda Cash by and through the Federal Defenders Office, Middle District of Alabama, Montgomery, Alabama.

That no other person has filed a petition of interest within that thirty-day period. Therefore, any other third-party interests are barred by failure of those parties to file a timely petition.

Accordingly, the United States respectfully requests that this Court enter a Final Order of Forfeiture as proposed in the attached Order.

Respectfully submitted this 2nd day of May, 2007.

                        FOR THE UNITED STATES ATTORNEY
                            LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kent Brunson** and **Christine Freeman**.

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney