IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr00055-WKW |
| | ) | |
| MARK ANTHONY CONNELL | ) | |

FINAL ORDER OF FORFEITURE

WHEREAS, on October 4, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Mark Anthony Connell to forfeit his interest in the Marlin 30-30 Rifle, Serial Number 02087273;

The United States published notice of this forfeiture in the Montgomery Independent newspaper and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm;

On April 10, 2007, Rhonda Cash filed a motion to amend the Preliminary Order of Forfeiture to reflect her interest in the firearm;

On April 23, 2007, this Court amended the Preliminary Order of Forfeiture and ordered said firearm to be returned to Rhonda Cash by and through the Federal Defenders Office, Middle District of Alabama, Montgomery, Alabama.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Marlin 30-30 Rifle, Serial Number 02087273 shall be returned to Rhonda Cash as soon as practicable through the Federal Defenders Office, Middle District of Alabama, Montgomery, Alabama. Return of the firearm shall be accomplished in Montgomery, Alabama, or at a place designated by the United States;

2. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

3. The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the ____ day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE